IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-CR-30127-MJR |
| | ) | |
| JAVON RUCKER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FINDING NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

REAGAN, District Judge:

On October 23, 2008, this Court entered an Order of Forfeiture against Defendant Javon Rucker for the following property which had been seized from Defendant:

**One Smith & Wesson, model 66-2, .357 magnum revolver, bearing serial number 184K735.**

The Order provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 20, 2009, and ending June 18, 2009. No third party filed a petition within 30 days after the last date of publication to allege an interest in the property.

Consequently, pursuant to 21 U.S.C. § 853(n)(7), the Court **FINDS** that no third-party petitions were filed, and the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on October 23, 2008, namely:

**One Smith & Wesson, model 66-2, .357 magnum revolver, bearing serial**

1

**number 184K735.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. Disposal may, at the discretion of the United States, include the destruction of the property.

IT IS SO ORDERED.

DATED this 12th day of August 2009.

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
District Judge
